# United States Bankruptcy Court
## of the
## Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re: KATHLEEN M. MAYBER  
749 TARA DRIVE  
WOODSTOCK, IL 60098

SSN-xxx-xx-0225

Case Number: 07-72865

Case filed on: 11/26/2007  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $660.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | JONES & HART LAW OFFICE | 1,434.00 | 1,434.00 | 605.22 | 0.00 |
|  | Total Legal | 1,434.00 | 1,434.00 | 605.22 | 0.00 |
| 010 | ALLIANCE ONE RECEIVABLES MGMT | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | MED-HEALTH FINANCIAL SERV | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | CBE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ICS | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | CREDITORS COLLECTION BUREAU, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 048 | MERCHANTS CREDIT GUIDE | 0.00 | 0.00 | 0.00 | 0.00 |
| 049 | SKO BRENNER AMERICAN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | KATHLEEN M. MAYBER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | LITTON LOAN SERVICING LP | 6,739.50 | 0.00 | 0.00 | 0.00 |
| 002 | LITTON LOAN SERVICING LP | 23,412.38 | 0.00 | 0.00 | 0.00 |
| 003 | LITTON LOAN SERVICING LP | 196,115.99 | 0.00 | 0.00 | 0.00 |
| 004 | LITTON LOAN SERVICING LP | 45,978.68 | 0.00 | 0.00 | 0.00 |
| 005 | MCHENRY COUNTY COLLECTOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 054 | CHRYSLER FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 272,246.55 | 0.00 | 0.00 | 0.00 |
| 006 | ACL LABORATIES | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ADT SECURITY SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | AT&T WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CARING FAMILY | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CATHERINES | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CENTEGRA HEALTH SYSTEM | 230.01 | 230.01 | 0.00 | 0.00 |
| 015 | CHILDRENS HOSPITAL OF WI | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CHRYSLER FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | DISH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | EASY TO BAKE, EASY TO MAKE | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ECMC | 2,646.30 | 2,646.30 | 0.00 | 0.00 |
| 022 | FASHION BUG | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | LVNV FUNDING LLC | 726.79 | 726.79 | 0.00 | 0.00 |
| 024 | PREMIER BANKCARD/CHARTER | 130.23 | 130.23 | 0.00 | 0.00 |
| 025 | GOOD SHEPHERD HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | GREATER ELGIN EMERGENCY SPEC | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | GUTHY - RENKER / SHEER COVER | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | HORIZONS BEHAVIORAL HEALTH | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | HSBC BANK USA | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | HSBC BANK USA | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | HSBC BANK USA | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | IL STUDENT ASST. COMMISSION | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | KENNETH MAYBER | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | LAKE COOK ORTHOPEDIC ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | LAKEHILLS DENTISTRY | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | LIFETIME VISION & CONTACT LENS CTR | 167.25 | 167.25 | 0.00 | 0.00 |
| 039 | MARTINDALE-HUBBELL | 523.40 | 523.40 | 0.00 | 0.00 |
| 040 | MEDICAL COLLEGE OF WISCONSIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | PEDIATRIC RADIOLOGY SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | QUEST DIAGNOSTICS | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | REMEDY THERAPEUTICS | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | SLM EDUCATION CREDIT MANAGEMENT CORP | 1,269.14 | 1,269.14 | 0.00 | 0.00 |
| 045 | SLM EDUCATION CREDIT MANAGEMENT CORP | 7,601.58 | 7,601.58 | 0.00 | 0.00 |
| 046 | SAMS CLUB | 0.00 | 0.00 | 0.00 | 0.00 |
| 047 | SEVENTH AVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| 050 | SHERMAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 051 | STAMPS.COM | 0.00 | 0.00 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---|---|---|---|
| 052 | US DEPT. OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 053 | WELLINGTON RADIOLOGY GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Unsecured | 13,294.70 | 13,294.70 | 0.00 | 0.00 |
| | Grand Total: | 286,975.25 | 14,728.70 | 605.22 | 0.00 |

Total Paid Claimant:    $605.22
Trustee Allowance:       $54.78
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

　　　　　　　　　　　　　　　　　　　/s/ Lydia S. Meyer
　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 07/30/2008　　　　　　By  /s/Heather M. Fagan